

Entered on Docket
February 02, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
BAR NO. 5970
4000 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Fax: (702) 735-0505
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

KEVIN WILLIAMS &
JESSICA WILLIAMS

Debtor(s).

Chapter 13 Proceedings
Case No.: BK-S-09-20598-LBR
Trustee: Rick A. Yarnall

Date: 8/13/2009
Time: 3:30 p.m.

## ORDER AVOIDING SECOND TRUST DEED

**THIS MATTER** having come before the Court for a hearing on **AUGUST 13, 2009**, on Debtors' **MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF COUNTRYWIDE HOME LENDING PURSUANT TO 11 U.S.C. §506(a) AND §1322**, and based upon the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

1. The Debtors' real property located at **4415 SOUTH PEARL STREET, LAS**

-1-

VEGAS, NV 89121 (the "Subject Property") is valued at **$175,000.00** as of the date of filing Debtors' Chapter 13 Petition.

2. The Subject Property is collateral for **COUNTRYWIDE HOME LENDING'S** senior secured claim (**ACCOUNT # 72043095**) (**PROOF OF CLAIM NUMBER 8-1**) for the amount of **$220,498.00**.

3. On the filing date of the instant Chapter 13 Petition, **COUNTRYWIDE HOME LENDING'S** claim (**ACCOUNT # 105000718**) (**PROOF OF CLAIM NUMBER 5-1**) was wholly unsecured.

**IT IS THEREFORE ORDERED THAT COUNTRYWIDE HOME LENDING'S** secured claim is "stripped off" and avoided pursuant to 11 U.S.C. §506(a);

**IT IS FURTHER ORDERED THAT COUNTRYWIDE HOME LENDING'S** secured rights and lien holder rights in the Subject Property are hereby terminated and **COUNTRYWIDE HOME LENDING** shall be paid as a general unsecured creditor through the Debtor's Chapter 13 plan;

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is converted to a Chapter 7 case, **this order will be void and without effect**.

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed for any reason, **COUNTRYWIDE HOME LENDING'S** claim shall be reinstated to its status as a secured claim on the Subject Property pursuant to 11 U.S.C. §349(b).

**IT IS SO ORDERED.**

DATED this **15TH** day of **SEPTEMBER, 2009**

//

-2-

```
 1  THE LAW OFFICES OF
    RANDOLPH H. GOLDBERG
 2

 3  By /S/ RANDOLPH GOLDBERG ESQ.
        RANDOLPH H. GOLDBERG, ESQ.
 4      4000 S. Eastern
        Suite 200
 5      Las Vegas, Nevada 89119
 6      Attorney for Debtors

 7

 8
    APPROVED AS TO FORM AND CONTENT
 9

10
    CHAPTER 13 TRUSTEE
11

12
    /S/
13  ─────────────────────────────
    KATHLEEN LEAVITT, TRUSTEE
14  302 East Carson Ave., Suite 300
15  Las Vegas, NV  89101

16

17

18

19

20

21

22

23

24

25

26

27

28
```

-3-

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

    ✓ The court waived the requirements of LR 9021.

    ___ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written Objection and each has:

        ✓ approved the form of this order:
        ___ waived the right to review the order
        ___ and/or failed to file and serve papers in accordance with LR 9021©.

    ___ I have delivered a copy of this proposed order to all Attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to view the order, failed to file and serve papers in accordance with LR 9021© and the following have disapproved the form of the order:

    ___ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

I declare under penalty of perjury under the laws of The State of Nevada the foregoing is true and correct.

        /s/Maile C. Hansen/s/
        An Employee of
        THE LAW OFFICE OF
        RANDOLPH H. GOLDBERG

###

-10-